```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
GRACIELA DONCOUSE,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :       20-CV-7460 (JPC)
            -v-                                                        :
                                                                       :       ORDER
                                                                       :
THE SHERWIN-WILLIAMS COMPANY and FIRST                                 :
YORK WEST 21ST STREET RETAIL LLC,                                      :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On October 7, 2020, the Court ordered the parties to submit a joint letter updating the Court on the status of the case by October 21, 2020.  (Dkt. 11.)  Because Defendant has not yet appeared in this case, Plaintiff is hereby ORDERED to file on ECF the letter described in Dkt. 11 within one week of the filing of this Order.

      SO ORDERED.

Dated: October 29, 2020
      New York, New York
                                                JOHN P. CRONAN
                                                United States District Judge